### 9792.   LITTLEFIELD *v.* THE STATE.

HARWELL, J. 1. The defendant's motion for a continuance on account of
absent witnesses failing to conform to the statutory requirements
(Penal Code (1910), § 987; Civil Code, § 5715), the court did not err
in overruling the motion.

2. The evidence authorized the verdict, and the court did not err in over-
ruling the motion for new trial. See, in this connection, *Littlefield* v.
*State* (case No. 9793), ante, 782.

> *Judgment affirmed. Broyles, P. J., and Bloodworth, J., concur.*
> DECIDED NOVEMBER 1, 1918.

Indictment for sale of intoxicating liquor; from Whitfield supe-
rior court—Judge Tarver. April 10, 1918.

*W. E. Mann, Glenn & House,* for plaintiff in error.

*J. M. Lang, solicitor-general,* contra.